UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SANTIAGO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. CALDWELL, et al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-00566-SKO (PC)<br><br>**ORDER DIRECTING CLERK OF COURT TO ISSUE SUMMONS AND NEW CIVIL CASE DOCUMENTS** |

Plaintiff Steven Santiago alleges the defendants subjected him to excessive force in violation of the Cruel and Unusual Punishments Clause of the Eighth Amendment. (Doc. 14 at 4-5.) The Court has screened Plaintiff's second amended complaint pursuant to 28 U.S.C. section 1915A and finds that it states cognizable claims for relief under 42 U.S.C. section 1983. Therefore, the Court directs the Clerk of the Court to issue summons for each defendant named in Plaintiff's second amended complaint (Doc. 14).

///

///

///

In addition, since Plaintiff is now represented by counsel (*see* Doc. 10), the Court directs the Clerk of the Court to issue new case documents for a civil case. These documents will supersede the new case documents for a prisoner civil case issued on April 29, 2019 (Doc. 3), and May 2, 2019 (Doc. 5).

IT IS SO ORDERED.

Dated:  **February 7, 2020**                                  /s/ *Sheila K. Oberto*
                                                               UNITED STATES MAGISTRATE JUDGE