UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SANTIAGO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. CALDWELL, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00566-SKO (PC)<br><br>**ORDER GRANTING DEFENDANTS' *EX PARTE* MOTIONS TO MODIFY ORDER SETTING MANDATORY SCHEDULING CONFERENCE AND SHORTEN TIME**<br><br>(Docs. 23, 24)<br><br>Scheduling Conference: June 16, 2020 |

　　　　On April 23, 2020, Defendants' filed an *ex parte* motion to modify the Court's Order Setting Mandatory Scheduling Conference. (Doc. 24.) The scheduling conference is currently set for May 14, 2020. (Doc. 16.) In its order setting the conference, the Court directed the parties to meet and confer at least 20 days prior to the conference, and to file a joint scheduling report one week prior to the conference. (*Id.* at 2, 3.) As of the date of Defendants' motion, plaintiff's counsel has not responded to defense counsel's multiple attempts to contact them by phone and email to set a time to meet and confer. (Doc. 24-1 at 3, 5-6.)

　　　　Defendants concurrently filed an *ex parte* motion to shorten the briefing scheduling for their motion to modify, pursuant to Local Rule 144(e). (Doc. 23.) Defendants have not met and conferred with Plaintiff regarding this motion because, as stated above, plaintiff's counsel has not responded to defense counsel's attempts to contact them. (*Id.* at 3-4.)

///

The Court has determined that the pending *ex parte* motions are suitable for decision on the papers, pursuant to Local Rule 230(g). Accordingly, the hearing set for May 7, 2020, is VACATED. The Court GRANTS Defendants' *ex parte* motion to shorten time (Doc. 23) and deems Defendants' motion to modify (Doc. 24) submitted.

Good cause appearing, the Court GRANTS Defendants' motion to modify (Doc. 24) and RESETS the mandatory scheduling conference to **June 16, 2020, at 10:15 a.m.** All other deadlines and directives in the Order Setting Mandatory Scheduling Conference (Doc. 16) remain in effect. **Failure to comply with this order will be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance therewith.**

IT IS SO ORDERED.

Dated:   **April 29, 2020**                              /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE