UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SANTIAGO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>J. CALDWELL, et al.,<br><br>　　　　　　Defendants. | Case No. 1:19-cv-00566-NONE-SKO (PC)<br><br>**ORDER SETTING SETTLEMENT CONFERENCE**<br><br>Date:　January 28, 2021<br>Time:　1:00 p.m. |

The Court finds that this matter will benefit from a settlement conference. Therefore, this matter will be referred to Magistrate Judge Erica P. Grosjean to conduct a settlement conference. Per the parties' Joint Statement Regarding Proposed Settlement Conference Dates, the parties are available on January 28, 2021. (*See* Doc. 35.)

Accordingly, the Court ORDERS:

1. This case is set for a settlement conference before Magistrate Judge Erica P. Grosjean on **January 28, 2021, at 1:00 p.m.**
2. If any party believes that a settlement conference would be futile, that party shall contact the court no later than 72 hours prior to the conference.
3. In light of the COVID-19 pandemic, the conference will be held remotely via Zoom videoconferencing. Prior to the conference, the parties' counsel shall contact Judge Grosjean's Courtroom Deputy at (559) 499-5962 or mrooney@caed.uscourts.gov to

obtain the Zoom meeting information.

4. Each party or a representative with full authority to negotiate and enter into a binding settlement agreement shall participate in the conference. The failure of any counsel, party, or authorized person subject to this order to participate in the conference may result in the imposition of sanctions.

5. Participants in the conference must be prepared to discuss the claims, defenses, and damages.

6. At least five days prior to the conference, the parties shall submit confidential settlement conference statements in Word format to Judge Grosjean's chambers by emailing them to epgorders@caed.uscourts.gov. Once the parties have submitted their statements, they shall file a "Notice of Submission of Confidential Settlement Conference Statement" with the court. The confidential settlement conference statements themselves should not be filed with the court nor served on the opposing party.

7. The confidential settlement conference statements should include:
   a. A brief summary of the facts of the case;
   b. A brief summary of the claims and defenses of the case, including the statutory, constitutional, or other grounds upon which the claims are founded;
   c. A forthright discussion of the strengths and weakness of the case and an evaluation of the likelihood of prevailing on the claims or defenses, from the party's perspective, and a description of the major issues in dispute;
   d. An estimate of the party's expected costs and time to be expended for further discovery, pretrial matters, and trial;
   e. A summary of past settlement discussions, if any; a statement of the party's current position on settlement, including the amount the party would offer and accept to settle (in specific dollar amounts); and a statement of the party's expectations for settlement discussions;
   f. A list of the individuals who will be attending the conference on the party's behalf,

including names and, if appropriate, titles; and,

g. If a party intends to discuss the settlement of any other actions or claims not raised in this suit, a brief description of each action or claim, including case number(s), as applicable.

IT IS SO ORDERED.

Dated: **October 20, 2020**              /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE