UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SANTIAGO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>J. CALDWELL, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00566-NONE-SKO (PC)<br><br>**ORDER ON STIPULATION TO STAY DISCOVERY AND MODIFY DISCOVERY AND SCHEDULING ORDER** |

　　　　Upon consideration of the parties' stipulation (Doc. 37), the Court finds good cause to stay discovery in this matter and to modify the discovery and scheduling order. Accordingly, the Court ORDERS:

1. Discovery in this matter is STAYED until the Court rules on Defendants' anticipated motion for summary judgment challenging Plaintiff's exhaustion of administrative remedies; and,

2. The deadlines for non-expert discovery, expert disclosures, and expert discovery are VACATED, to be reset if and when appropriate.

All other deadlines remain in effect.

IT IS SO ORDERED.

Dated:　**December 8, 2020**　　　　　　　/s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE