UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SANTIAGO,<br><br>            Plaintiff,<br><br>     v.<br><br>J. CALDWELL, et al.,<br><br>            Defendants. | Case No. 1:19-cv-00566-NONE-SKO (PC)<br><br>**ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE STEVEN SANTIAGO, CDCR NO. AZ7273**<br><br>(Doc. 39) |

On January 5, 2021, the Court issued a writ of habeas corpus ad testificandum commanding the warden of Mule Creek State Prison to produce inmate Steven Santiago, CDCR # AZ-7273, before Magistrate Judge Erica P. Grosjean for a video settlement conference on January 28, 2021, at 1:00 pm. (Doc. 39.) On January 25, 2021, the Court vacated the settlement conference. (Doc. 40.) Thus, Mr. Santiago is no longer required to appear before the Court on January 28, 2021. Accordingly, the Court **DISCHARGES** the writ of habeas corpus ad testificandum as to this inmate.

IT IS SO ORDERED.

Dated:  **January 25, 2021**                    /s/ *Sheila K. Oberto*
                                                                 UNITED STATES MAGISTRATE JUDGE