UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SANTIAGO,<br><br>            Plaintiff,<br><br>    v.<br><br>J. CALDWELL, et al.,<br><br>            Defendants. | No. 1:19-cv-00566-NONE-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES<br><br>(Doc. Nos. 42, 47) |

Plaintiff Steven Santiago is a state prisoner who brought this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 6, 2021, defendants filed a motion for summary judgment on the grounds that plaintiff failed to exhaust administrative remedies prior to filing suit as required by the Prison Litigation Reform Act. (Doc. No. 42.) Plaintiff filed an opposition to the motion on September 14, 2021, to which defendants filed a reply on September 22, 2021. (Doc. Nos. 44, 45.)

On October 13, 2021, the assigned magistrate judge issued findings and recommendations, recommending that defendants' motion for summary judgment be granted. (Doc. No. 47.) The magistrate judge found that "[t]he undisputed evidence shows that Plaintiff failed to exhaust administrative remedies prior to filing suit." (*Id.* at 7.) The findings and recommendations were served on plaintiff and provided that he may file objections thereto within

21 days. (*Id.*)  Plaintiff has not filed any objections and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on October 13, 2021 (Doc. No. 47) are adopted in full;
2. Defendants' motion for summary judgment (Doc. No. 42) is granted;
3. This case is dismissed without prejudice due to plaintiff's failure to exhaust administrative remedies prior to filing suit; and,
4. The Clerk of the Court is directed to assign a district judge to this action for purposes of closure and to close this case.

IT IS SO ORDERED.

Dated:  **November 20, 2021**                         /s/ Dale A. Drozd
                                                      UNITED STATES DISTRICT JUDGE